UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Kylah Randall v. Bayer Schering Pharma AG, et al.*  　　　No. 10-cv-10321-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 21, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

　　　　　　　　　　　　　　　　　JUSTINE FLANAGAN,
　　　　　　　　　　　　　　　　　ACTING CLERK OF COURT

　　　　　　　　　　　　　　　　　BY:  /s/*Caitlin Fischer*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Digitally signed by David R. Herndon
Date: 2015.04.28 14:10:31 -05'00'

APPROVED:
　　　DISTRICT JUDGE
　　　U. S. DISTRICT COURT